1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL KING,

               Plaintiff(s),

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

               Defendant(s).

2:12-CV-1704 JCM (PAL)

**ORDER**

Presently before the court is defendant Freddie Mac's motion to dismiss.  (Doc. # 70).  Responses were due by plaintiff by May 12, 2013.  Plaintiff has not filed a response or sought an extension from the court.

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion and is proper grounds for dismissal.  *See* LR IB 7-2(d); *United States v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979).  However, prior to dismissal, the district court is required to weigh several factors:  "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

**James C. Mahan**
**U.S. District Judge**

1     Plaintiff filed a motion that is presently before the magistrate judge on May 17, 2013.

2   Plaintiff has been active in this case after the deadline to the opposition to Freddie Mac's motion to

3   dismiss.  Plaintiff has seven days from this order to file a response in opposition to defendant Freddie

4   Mac's motion to dismiss.  Otherwise, plaintiff will be subject to local rule 7-2.

5     Accordingly,

6     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Freddie Mac's

7   motion to dismiss (doc. # 70) be, and the same hereby is, GRANTED.  The case is hereby dismissed

8   as to defendant Freddie Mac without prejudice.

9     DATED June 6, 2013.

10

11                          _____

12                          **UNITED STATES DISTRICT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -