# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL KING,

        Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

        Defendant(s).

2:12-CV-1704 JCM (PAL)

# ORDER

Presently before the court is defendant Freddie Mac's motion to dismiss. (Doc. # 70). Responses were due by plaintiff by May 12, 2013. Plaintiff has not filed a response or sought an extension from the court.

Pursuant to Local Rule 7-2, an opposing party must file points and authorities in response to a motion and failure to file a timely response constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *See* LR IB 7-2(d); *United States v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

**James C. Mahan**
**U.S. District Judge**

Plaintiff filed a motion that is presently before the magistrate judge on May 17, 2013. Plaintiff has been active in this case after the deadline to the opposition to Freddie Mac's motion to dismiss. Plaintiff has seven days from this order to file a response in opposition to defendant Freddie Mac's motion to dismiss. Otherwise, plaintiff will be subject to local rule 7-2.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Freddie Mac's motion to dismiss (doc. # 70) be, and the same hereby is, GRANTED. The case is hereby dismissed as to defendant Freddie Mac without prejudice.

DATED June 6, 2013.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -