

**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
11811 N. Tatum Blvd., Ste 3031
Phoenix, Arizona  85028-0100
Tel: (602) 953-0100
Fax: (602) 953-0101
cbdodrill@wolfewyman.com

**Attorneys for Defendant,**
**CITIMORTGAGE, INC.**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KING,<br><br>　　　　　Plaintiff,<br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION LLC; CITIMORTGAGE, INC.;<br>and FREDDIE MAC,<br><br>　　　　　Defendants. | CASE NO. 2:12-cv-01704-JCM-PAL<br><br>**ORDER GRANTING DEFENDANT, CITIMORTGAGE, INC.'S MOTION FOR LEAVE TO LATE FILE DISPOSITIVE MOTION** |

Defendant, CITIMORTGAGE, INC.'s ("CMI") Motion for Leave to Late File Dispositive Motion (Docket No. 98) was filed with the court on December 19, 2013. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to a motion *shall* constitute consent to the granting of the Motion.

There being no timely filed written opposition thereto, the court having read the moving papers, and, with good cause appearing therefor, the Court ORDERS as follows:

IT IS HEREBY ORDERED that CMI's Motion for Leave to Late File Dispositive Motion is GRANTED.

///

///

///

1

1583508.1

1  IT IS FURTHER ORDERED that Plaintiff shall respond to CMI's Motion for Summary
2  Judgment no later than 14 days from the date of this order.
3  IT IS SO ORDERED January 24, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

WOLFE & WYMAN LLP

By:*/s/ Colt B. Dodrill*
  COLT B. DODRILL, ESQ.
  Nevada Bar No.: 9000
  11811 N. Tatum Blvd., Ste 3031
  Phoenix, Arizona  85028-0100

  Attorneys for Defendant
  **CITIMORTGAGE, INC.**

2

1583508.1

**CERTIFICATE OF SERVICE**

On January 17, 2014, I served **[PROPOSED] ORDER GRANTING DEFENDANT, CITIMORTGAGE, INC.'S MOTION FOR LEAVE TO LATE FILE DISPOSITIVE MOTION** by the following means to the persons as listed below:

   X      a.      EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Allison Reddoch    allison.reddoch@strasburger.com, darnell.benitez@strasburger.com, jaclyn.stults@strasburger.com

Darrell D. Dennis    darrell.dennis@lewisbrisbois.com, carrie.dunham@lewisbrisbois.com, lisa.thayer@lewisbrisbois.com, steve.abbott@lewisbrisbois.com

Franchesca V. Van Buren    FVB@vanburenlawfirm.com

Jason Revzin    carrie.dunham@lewisbrisbois.com, darrell.dennis@lewisbrisbois.com, jason.revzin@lewisbrisbois.com

Katherine A. Klimkowski    ECFIrvineNotifications@jonesday.com, epete@jonesday.com

Paul Swenson Prior    sprior@swlaw.com, DOCKET_LAS@swlaw.com, wrudnick@swlaw.com

Steven T Loizzi , Jr    steve@loizzilaw.net

          b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: */s/ Katia Ioffe*
     Katia Ioffe
     An employee of Wolfe & Wyman LLP